# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134713 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWN DAVIS,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134713
COA: 277009
Wayne CC: 00-013417-01

_____/

      On order of the Court, the application for leave to appeal the July 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

s1119

                   Clerk